[Nos. 30140-1-III; 30483-3-III.   Division Three.   October 22, 2013.]

MONTECITO ESTATES, LLC, ET AL., *Appellants*, v. DOUGLAS J. HIMSL ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Benton County, No. 09-2-02527-1, David Frazier, J. Pro Tem., entered August 5, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30485-0-III.   Division Three.   October 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY WAYNE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-1-50293-8, Robert G. Swisher, J., entered December 13, 2011. *Reversed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 31013-2-III.   Division Three.   October 22, 2013.]

MARK MARLOW ET AL., *Appellants*, v. DOUGLAS COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 12-2-00010-4, John Hotchkiss, J., entered June 29, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 30560-1-III.   Division Three.   October 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL T. STEELMON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50249-9, Bruce A. Spanner, J., entered January 24, 2012. *Remanded with instructions* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.